**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON GIVENS <br><br> Plaintiff(s), <br><br> v. <br><br> CREDIT PROTECTION ASSOCIATION <br><br> Defendant(s). | CASE NO: 2:15–cv–05230–FMO–AS <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: November 30, 2015         /s/ *Fernando M. Olguin*
                                 Fernando M. Olguin
                                 United States District Judge